UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Charles E. Turner, Sr.,

        Plaintiff,

vs.                                       ORDER

Pennington County, et al.

        Defendants.        Civ. No. 05-1186 (JNE/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.    That the Plaintiff's Application to Proceed In Forma Pauperis [Docket No. 2] is denied.

2.    That the Plaintiff's Complaint is summarily dismissed pursuant to Title 28 U.S.C. § 1915(e)(2)(B)(ii).

                                                BY THE COURT:

DATED: July 20, 2005                       s/ Joan N. Ericksen
                                                      Judge Joan N. Ericksen
                                                      United States District Court